

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      Proppant Solutions, LLC  v.  Emma Delgado

Appellate case number:    01-14-00800-CV

Trial court case number:  2014-17992

Trial court:            11th District Court of Harris County

Date motion filed:       July 28, 2015

Party filing motion:      Appellant Proppant Solutions, LLC

      It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/  _Harvey Brown_____
                           ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Justices Keyes and Lloyd voted to grant en banc reconsideration.


Date: _October 29, 2015_